## Second Department, January, 1926.

The People of the State of New York, Plaintiff, *v.* Stanley Klavana, Defendant.

*Crimes — application to Appellate Division by defendant for order to bring up witness — application denied on ground that defendant has not shown right under Code of Criminal Procedure,* § *10-c, subd. 4.*

Application for order requiring production of witness.

Per Curiam: Without passing upon the question of the power of the court to entertain the application, we are of opinion that the defendant has not made out a case for granting an order to bring up the witness named, under the provisions of Code of Criminal Procedure, section 10-c, subdivision 4.* The application is, therefore, denied, and stay vacated. Kelly, P. J., Rich, Manning, Kapper and Lazansky, JJ., concur. Application for order requiring production of witness denied, and stay vacated.